# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 7, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158592(16)

*In re* CATHERINE B. STEENLAND, JUDGE

SC: 158592
RFI No. 2017-22845

BEFORE THE JUDICIAL TENURE COMMISSION

_____/

On order of the Chief Justice, the joint motion for relief from the December 14, 2018 order and for adjournment of the filing deadline for the formal complaint is GRANTED. The time for the Judicial Tenure Commission to file a formal complaint is extended to June 21, 2019, and the time for the commission to submit its recommendation is extended to January 2, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 7, 2019



Clerk